AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornak, Mark R. | United States District Court W D PA | 12/01/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge | 5a. Report Type (check appropriate type)  ✓ Nomination, Date 12/01/2010  ☐ Initial  ☐ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 11/30/2010 |

| 7. Chambers or Office Address  Buchanan Ingersoll & Rooney PC 20th Floor 301 Grant Street Pittsburgh PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Shareholder and Vice President | Buchanan Ingersoll & Rooney PC |
| 2. General Partner | Buchanan Ingersoll & Rooney LLP |
| 3. Director | The Pittsburgh Foundation |
| 4. Director | WQED Multimedia |
| 5. Director | The Pennsylvania Economy League, Southwest PA Division |
| 6. Director | Leadership Pittsburgh |
| 7. Executor | Estate #1 |
| 8. Governor | Academy of Trial Lawyers of Allegheny County, PA |
| 9. Assistant Secretary | Sports & Exhibition Authority of Pittsburgh and Allegheny County, PA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Buchanan Ingersoll & Rooney PC--salary | $447,597.68 |
| 2. 2010 | Buchanan Ingersoll & Rooney LLP--distribution | $6,048.68 |
| 3. 2009 | Buchanan Ingersoll & Rooney PC--salary | $589,333.00 |
| 4. 2009 | Buchanan Ingersoll & Rooney LLP--distribution | $8,504.00 |
| 5. 2008 | Buchanan Ingersoll & Rooney PC--salary | $468,504.00 |
| 6. 2008 | Buchanan Ingersoll & Rooney LLP--distribution | $7,729.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 12/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Business Loan #1 | K |
| 2. PNC Bank | Business Loan #2 | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 12/01/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Checking Acct #1 | A | Interest | J | T | Exempt | | | | |
| 2. PNC Bank Checking Acct #2 | | None | J | T | | | | | |
| 3. PNC Bank Checking Acct #3 | A | Interest | J | T | | | | | |
| 4. PNC Bank Checking Acct #4 | A | Interest | J | T | | | | | |
| 5. PNC Bank Checking Acct #5 | A | Interest | J | T | | | | | |
| 6. PNC Bank Checking Acct #6 | A | Interest | J | T | | | | | |
| 7. PNC Bank Statement Savings Acct #1 | A | Interest | J | T | | | | | |
| 8. American Century Select Investors Fund | A | Int./Div. | J | T | | | | | |
| 9. Pittsburgh Firefighters Federal Credit Union Cash Account | A | Interest | J | T | | | | | |
| 10. Columbia Strategic Investors Fund Class Z | A | Dividend | J | T | | | | | |
| 11. H J Heinz Common Stock | A | Dividend | J | T | | | | | |
| 12. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 13. US Series EE Savings Bonds | C | Interest | K | T | | | | | |
| 14. US Series I Savings Bonds | E | Interest | M | T | | | | | |
| 15. Buchanan Ingersoll & Rooney PC Capital Stock | | None | K | U | | | | | |
| 16. Buchanan Ingersoll & Rooney PC Capital Units | B | Dividend | K | U | | | | | |
| 17. Buchanan Ingersoll & Rooney LLP Capital Units | D | Dividend | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 12/01/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Buchanan Ingersoll & Rooney PC Pension Plan | | None | O | U | | | | | |
| 19. Buchanan Ingersoll & Rooney PC Profit Sharing Plan | | None | N | U | | | | | |
| 20. Buchanan Ingersoll & Rooney PC Cash Balance Pension Plan | B | Interest | M | U | | | | | |
| 21. Estate #1 | | None | | | | | | | |
| 22. American Century Prime Money Market Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VI, Lines 1 and 2--these business loans were formerly held by National City Bank prior to its acquisition by PNC Bank.
Part VII, Line 21--Estate #1--Estate #1 has zero assets, other than its status as the plaintiff in a civil action related to the decedent's death
Part VII, Lines 18 through 20--I retain no control over the investments held by any of the Buchanan Ingersoll & Rooney Pension or Profit Sharing Plans

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 18 | 740 | Notes payable to banks-secured | | 59 | 500 |
| U.S. Government securities – see schedule | | 151 | 930 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 11 | 892 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 186 | 571 | Notes payable to others | | 3 | 050 |
| Accounts and notes receivable: | | | | Accounts and bills due (auto loan and credit cards) | | 35 | 300 |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | 266 | 355 | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – personal residence | | 195 | 445 |
| Real estate owned – personal residence | | 315 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 142 | 160 |   - Home Equity Line of Credit | | 42 | 400 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   - Retirement Acct. Holdings – see schedule | 1 | 109 | 028 | | | | |
| | | | | Total liabilities | | 335 | 695 |
| | | | | Net Worth | 1 | 865 | 982 |
| Total Assets | 2 | 201 | 676 | Total liabilities and net worth | 2 | 201 | 676 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | 22 | 090 | Are any assets pledged? (Add schedule) | NO | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | | |